UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TENIKA V SMITH,**

       **Plaintiff,**

**v.**                                                    **Case No.  6:24-cv-884-CEM-DCI**

**WELLS FARGO BANK N.A.,**

       **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 14). The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the Motion be granted. (*Id.* at 7).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 14) is **GRANTED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before August 29, 2024**, Plaintiff may file an Amended Complaint that addresses the deficiencies outlined in the Report and Recommendation. Failure to timely file an Amended Complaint will result in this case being closed without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party